NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**CLEARCORRECT OPERATING, LLC** AND
**CLEARCORRECT PAKISTAN (PRIVATE), LTD.,**
*Appellants,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**ALIGN TECHNOLOGY, INC.,**
*Intervenor.*

———————————

2014-1527

———————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-833.

----------------------------------------------------------------

**ALIGN TECHNOLOGY, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**CLEARCORRECT OPERATING, LLC AND
CLEARCORRECT PAKISTAN (PRIVATE), LTD.,**
*Intervenors.*

————————————

2014-1533

————————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-833.

————————————

**ON MOTION**

————————————

**O R D E R**

The parties jointly move to treat the above-captioned appeals as companion cases for purposes of oral argument, to align the briefing schedule, and to file a combined joint appendix. ClearCorrect Operating, LLC and ClearCorrect Pakistan (Private), Ltd. move without opposition for an extension of time, until October 9, 2014, for the appellants in each appeal to file their opening briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Appeal Nos. 2014-1527 and 2014-1533 shall be treated as companion cases and assigned to the same merits panel for oral argument.

(3) The opening brief in each appeal is due no later than October 9, 2014.

CLEARCORRECT OPERATING, LLC v. ITC                3

(4) The parties may submit a combined joint appendix for both appeals.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30