**FORM 8.  Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ClearCorrect, LLC, et. al   v.   International Trade Commision

No. 14-1527

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   The Internet Association
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☑ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☑ Respondent or appellee

My address and telephone are:

Name: Matthew A. Seligman
Law firm: Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
Address: 1615 M Street, Suite 400
City, State and ZIP: Washington, D.C., 20016
Telephone: 202-326-7989
Fax #: 202-326-7999
E-mail address: mseligman@khhte.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): September 23, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/16/2014                         /s/ Matthew A. Seligman
Date                               Signature of pro se or counsel

cc: Counsel of Record

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 10/16/2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Matthew A. Seligman | /s/ Matthew A. Seligman |
| Name of Counsel | Signature of Counsel |

Law Firm: Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.

Address: 1615 M Street, N.W., Suite 400

City, State, ZIP: Washington, D.C. 20036

Telephone Number: 202-326-7900

FAX Number: 202-326-7999

E-mail Address: mseligman@khhte.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.