Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ClearCorrect Operating, LLC, et al. v. International Trade Commission

No. 2014-1527

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   Business Software Alliance
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [✓] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name:              Jeffrey A. Lamken
Law firm:          MoloLamken LLP
Address:           600 New Hampshire Avenue N.W. Suite 660
City, State and ZIP: Washington, D.C. 20037
Telephone:         202-556-2010
Fax #:             202-556-2001
E-mail address:    jlamken@mololamken.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/30/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10.16.2014                                    _____
Date                                          Signature of pro se or counsel

cc: Counsel of Record (via CM/ECF)

123

# **CERTIFICATE OF INTEREST**

Counsel for *amicus curiae* Business Software Alliance certifies the following:

1. The full name of every party or *amicus* represented by me is:

    Business Software Alliance

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Business Software Alliance

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or *amicus* represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or *amicus* now represented by me in the trial court or agency or are expected to appear in this Court are:

    **MoloLamken LLP**
    Jeffrey A. Lamken

October 16, 2014          /s/ Jeffrey A. Lamken
                          Jeffrey A. Lamken

## **CERTIFICATE OF SERVICE**

I certify that on October 16, 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit using the appellate CM/ECF system, which will send a notice of electronic filing to ECF registered participants.

October 16, 2014                                    /s/ Jeffrey A. Lamken
                                                             Jeffrey A. Lamken

                                                             *Counsel for Amicus Curiae*
                                                             *Business Software Alliance*